THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Clifton Curtis, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Edgefield County
William P. Keesley, Circuit Court Judge

Memorandum Opinion No.  2009-MO-048
 Submitted September 17, 2009  Filed
September 21, 2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Gregory
 P. Jones, Jr., all of Columbia, for Respondent.
 
 
 

___________
PER CURIAM:  After careful consideration of the
 Appendix and briefs, the writ of certiorari is
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.